**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION**

**DAVID FRANCISCO ARGUETA COJ**          **CASE NO.  1:25-CV-01655 SEC P**
**#A240-067-325**

**VERSUS**                                               **JUDGE EDWARDS**

**KRISTI NOEM ET AL**                          **MAG. JUDGE PEREZ-MONTES**

**ORDER**

Before the Court is a Motion for Reconsideration (Doc. 32) of the Court's Order denying Petitioner's Motion to Enforce the Court's Order for habeas relief. Petitioner contends that Respondents did not provide him with an individualized bond hearing as ordered by the Court. The Court has reviewed the Government's response (Doc. 35) to this motion, and the Supplemental Response filed by Petitioner (Doc. 36).

The filings confirm that the Immigration Court provided Petitioner with a bond hearing and made two findings: 1) that the Immigration Court did not have jurisdiction to grant bond; and 2) that even if the Immigration Court had jurisdiction, it would deny bond as Petitioner is a flight risk. Petitioner's counsel confirmed that most of the hearing focused on jurisdiction and that she did not have an opportunity to present evidence.

The Immigration Court's finding that it did not have jurisdiction does not require this Court to enforce its Order because the Immigration Court denied bond on factual grounds. Whether there was sufficient evidence to support the Immigration

Court's finding that Petitioner should be denied bond because he is a flight risk is an issue for the Board of Immigration Appeals, not this Court. Accordingly,

IT IS ORDERED that the Motion for Reconsideration (Doc. 32) is DENIED.

IT IS FURTHER ORDERED that the Motion for Expedited Consideration (Doc. 33) is DENIED.

THUS DONE in Chambers on this 26th day of May, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE